COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00165-CV |
| Style: | Kathy Shaw v. Juanita Cesar Worrell |
| Date motion filed[*]: | April 16, 2015 |
| Type of motion: | Motion to Vacate Writ of Possession |
| Parties filing motion: | Pro Se Appellant |
| Document to be filed: | N/A |

Ordered that motion is:

☐ Granted; if document is to be filed, document due:
☑ Denied
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

On April 16, 2015, we denied appellant's emergency motion for a stay of execution of the judgment pending appeal because such a stay was not permitted by statute unless, within 10 days of the signing of the judgment, appellant filed a supersedeas bond in an amount set by the county court, which had not occurred. *See* TEX. PROP. CODE ANN. § 24.007(a) (West Supp. 2014). Because appellant's motion still does not indicate that she timely paid the bond set by the county court, this motion to vacate the writ of possession is **denied**.

Judge's signature: /s/ Evelyn V. Keyes
☒ Acting individually     ☐ Acting for the Court

Date: May 7, 2015